IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ANTHONY BRAY,

      Plaintiff,

v.                                                                    2:23-CV-197-Z-BR

AMERICAN HONDA FINANCE,

      Defendant.

## FINAL JUDGMENT

The Court has entered its orders **ADOPTING** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. ECF No. 111. Judgment is hereby entered **DISMISSING** Plaintiff's claims without prejudice.

**SO ORDERED**.

May 12, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE